**No. 59064.**—J. D. Smith Inter-Ocean, Inc. v. United States, protest 248274–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

MAY 9, 1955

**No. 59065.**—SUIT 4802.—United States v. J. E. Bernard & Company, Inc.—

—C. D.

1548 affirmed February 8, 1955. C. A. D. 586.

MAY 12, 1955

**No. 59066.**—SUIT 4776.—D. N. & E. Walter & Co. v. United States.—

A. R. D. 18 affirmed February 8, 1955. C. A. D. 582.

BEFORE THE FIRST DIVISION, MAY 16, 1955

**No. 59067.**—Kung Chen Fur Corpn. et al. v. United States, protests 787317–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of A. S. Gold & Bro., Inc. v. United States (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, supra.